## UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF GUAM

UNITED STATES OF AMERICA )  CRIMINAL CASE NO.: 98-00313-002

        Plaintiff, )

    vs. )

MARLA J. QUICHOCHO )

        Defendant. )

**FILED**

DISTRICT COURT OF GUAM

NOV 2 2 2005 ᵠᵖ

MARY L.M. MORAN
CLERK OF COURT

**Re:    Report and Order Terminating Term of Supervised Release**

    The above named defendant has complied with the conditions of supervised release imposed by the order of the Court and the period of supervised release expired on October 5, 2005. I therefore recommend that the defendant be discharged from supervised release and the proceedings in this case be terminated.

    RESPECTFULLY submitted this ___17th___ day of November 2005.

                FRANK MICHAEL CRUZ
                Chief U.S. Probation Officer

    By:    _____
                ROSSANNA VILLAGOMEZ-AGUON
                U.S. Probation Officer

Reviewed by:

_____
FRANK MICHAEL CRUZ
Chief U.S. Probation Officer

cc:    Karon V. Johnson, AUSA
       Howard Trapp, Defense Counsel
       USPO Pamela Chupp, Southern District of Texas
       File

*******************************************************************************

### ORDER OF THE COURT

    Pursuant to the above report, it is ordered that Marla J. Quichocho be discharged from supervised release and that the proceeding in the case be terminated.

    Dated this __22nd__ day of November 2005.

**RECEIVED**

NOV 18 2005

DISTRICT COURT OF GUAM
HAGATNA, GUAM

_____
JOAQUIN V.E. MANIBUSAN, JR.
Magistrate Judge

ORIGINAL